**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01294-CV

---

**TOM KARTSOTIS, Appellant**

**V.**

**RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, ET AL., Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04489**

---

## ORDER

We **GRANT** the motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MARCH 20, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE